Manuel Ovante
ADOC No. 251126
ASPC/Eyman/Rynning Unit
P.O. Box 3100
Florence, AZ 85132
Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Ovante,<br><br>    Petitioner,<br>vs.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation, and Reentry, and Staci Ibarra, Warden, Arizona State Prison – Eyman Complex,<br><br>    Respondents. | District Case No. CV-22-2003-PHX-JJT<br><br>DEATH-PENALTY CASE<br><br>Statement of Intent |

I, Petitioner Manuel Ovante, hereby express my intent to file an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the constitutionality of my confinement.

Respectfully submitted this 8th day of November, 2022.

By: _____
Manuel Ovante, Pro Se